IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02979-WYD-BNB

JORDAN DAVIDSON,

Plaintiff,

v.

BAYER CORPORATION, an Indiana corporation,
BAYER HEALTHCARE LLC, a Delaware corporation,
BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation,
BAYER SCHERING PHARMA AG, a German corporation, and
BAYER AG, a German corporation,

Defendants.

_____

**ORDER**
_____

This matter arises on **The Bayer Defendants' Unopposed Motion to Stay All Activity In the Case** [Doc. # 7, filed 1/8/2010] (the "Motion to Stay"). The Bayer defendants report that this action likely will be a "tag-along" action to <u>In Re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation</u>, MDL 2100, pending in the United States District Court for the Southern District of Illinois. Good cause having thereby been shown:

IT IS ORDERED that the Motion to Stay is GRANTED. This case is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the parties shall file a status report on or before March 1, 2010, informing the court of the status of the transfer of this case to the MDL litigation,

and shall file a status report within fourteen days of any order concerning transfer of this case to the MDL litigation.

Dated January 8, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge